UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Brenner, Spiller & Archer
175 Richey Ave
Collingswood, NJ 08107
P: 856-963-5000
F: 856-858-4371
Attorney for Debtor

**Order Filed on November 7, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Sharon Vastano

Case No.: 18-17099

Judge: CMG

Chapter: 13

Recommended Local Form:      Followed      Modified

## ORDER ON MOTION TO STRIKE CLAIM

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: November 7, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor: Sharon Vastano
Case No: 18-17099
Caption of Order: Order on Motion to Strike Proof of Claim

Upon consideration of Debtor's, Sharon Vastano, by and through Counsel, Motion to Strike Claim and for good cause shown, it is hereby

**ORDERED** as follows:

1. The Motion to Strike Claim of Selene Finance, Court Claim #5-1 is hereby:

   **GRANTED.**